OPINION — AG — TEACHER CONTRACTS, EMPLOYEE PAYROLL CLAIMS, OR ANY OTHER PUBLIC RECORD REFLECTING THE EXACT SALARIES OF PUBLIC SCHOOL TEACHERS AND OTHER PUBLIC EMPLOYEES, ARE SUBJECT TO THE PROVISIONS OF 51 O.S. 1971 24 [51-24] AND THEREFORE ARE REQUIRED TO BE KEPT OPEN FOR PUBLIC INSPECTION. CITE: 70 O.S. 1971, 6-101 [70-6-101], 62 O.S. 1971 41.17 [62-41.17], 62 O.S. 1971 304.1 [62-304.1], (PUBLIC RECORD LAW), OPINION NO. JUNE 19, 1953 — RADER, OPINION NO. 68-156, OPINION NO. 72-218, OPINION NO. 72-194, 85 O.S. 1971 147 [85-147] (JAMES R. BARNETT) ** SEE: OPINION NO. 79-011 (1979) **